## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DONNA A. PERRY,** ) <br> **on behalf of herself and all others** ) <br> **similarly situated,** ) <br> **Plaintiff** ) <br> ) <br> **v.** ) <br> ) <br> **SHECHTMAN HALPERIN SAVAGE, LLP,** ) <br> ) <br> **Defendant** ) | Civil Action No. 09-10997-PBS |

## STIPULATION OF DISMISSAL

The parties to this action hereby agree and stipulate that counts III and IV of the complaint and plaintiff's individual claims set forth in counts I and II of the complaint are to be dismissed with prejudice, and the claims of absent class members in counts I and II are to be dismissed without prejudice. The parties waive costs, attorney's fees, and rights of appeal.

DONNA A. PERRY, plaintiff
By her attorney:

*/s/Kenneth D. Quat*
BBO #408640
QUAT LAW OFFICES
678 Massachusetts Avenue, Suite 702
Cambridge MA 02139
617-492-0522
kquat@quatlaw.com

SHECHTMAN HALPERIN SAVAGE LLP
By:

*/s/ Young Han*
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
260 Franklin St., 14th Floor
Boston MA 02110
617-422-5312
young.han@wilsonelser.com

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically on all parties via the Court's ECF system on December 16, 2009.

*/s/Kenneth D. Quat*